# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1583

_____

|  |  |  |
|---|---|---|
| James Helenthal, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Charles E. Polk, Jr.; Lathrop | * | |
| & Gage, LC, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: September 21, 2010
Filed: December 16, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In this diversity matter, James Helenthal appeals following the district court's[1] dismissal of his final claim. We find no basis, and Helenthal has provided none, for reversing the dismissal of Count 1 as time-barred, see Dubinsky v. Mermart, LLC, 595 F.3d 812, 815 (8th Cir. 2010) (de novo review of dismissal for failure to state claim); Sloan v. Motorists Mut. Ins. Co., 368 F.3d 853, 854 (8th Cir. 2004) (reviewing de novo district court's application of state law in diversity case); or for reversing the

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

dismissal of Count 4 for lack of subject matter jurisdiction, see Riehm v. Engelking, 538 F.3d 952, 964 (8th Cir. 2008) (standard of review). Helenthal has waived his remaining claims against appellees. See Pritchett v. Cottrell, Inc., 512 F.3d 1057, 1059 n.2 (8th Cir. 2008). Accordingly, we affirm. See 8th Cir. R. 47B. We also grant Lathrop & Gage, LC's motion for sanctions of attorneys' fees and double costs under Federal Rule of Appellate Procedure 38 for the reasons stated in the motion.

_____